[No. 29484-9-I. Division One. December 13, 1993.]

CAROL J. KRIVANEK, *as Personal Representative, Appellant,* v. FIBREBOARD CORPORATION, ET AL, *Defendants,* OWENS-CORNING FIBERGLAS, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 88-2-05094-5, George T. Mattson, J., entered November 26, 1991. *Affirmed in part* and *remanded* by unpublished opinion per Webster, C.J., concurred in by Pekelis and Kennedy, JJ. Now published at 72 Wn. App. 632.

[No. 28183-6-I. Division One. December 13, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. ERNEST R. MOORE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-1-01357-1, Robert C. Bibb, J., entered March 13, 1991. *Affirmed* by unpublished opinion per Baker, J., concurred in by Scholfield and Forrest, JJ.

[No. 28364-2-I. Division One. December 13, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS ANDWELE CAMERON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90-1-05981-9, Nancy A. Holman, J., entered April 30, 1991. *Affirmed* by unpublished opinion per Baker, J., concurred in by Scholfield and Forrest, JJ.